TERRITORY FINANCE COMPANY v. DIRECTOR, DIVISION OF TAXATION.

June 26, 1979.  Petition for certification denied.

TERRITORY FINANCE COMPANY v. DIRECTOR, DIVISION OF TAXATION.

June 26, 1979.  Cross-petition for certification denied.

STATE OF NEW JERSEY v. ALEXANDER CIARAMELLA.

June 26, 1979.  Petition for certification denied.

HEDWIG MARKANT v. THOMAS ROMEO.

June 26, 1979.  Petition for certification denied.

MODERN HOMES, INC.

v.

PASSAIC VALLEY WATER COMMISSION.

June 26, 1979.  Petition for certification denied.